IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| GEORGE WHITE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CASE NO. 2:08-cv-629-MEF | |
| | ) | | |
| CITY OF WETUMPKA, ALABAMA, | ) | | |
| *et al.,* | ) | (WO) | |
| | ) | | |
| Defendants. | ) | | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. # 26) filed by the parties on June 8, 2010, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear its own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 11th day of June, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE